ARDC # 6204705

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MICROSOFT CORPORATION,

    Plaintiff,

v.

EOLAS TECHNOLOGIES, INC.,

    Defendants.

No. 10 CV 3820

Judge James B. Zagel

### DEFENDANT EOLAS' MOTION FOR LEAVE TO FILE ITS MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS AND SUPPORTING EXHIBITS UNDER SEAL

NOW COMES defendant, EOLAS TECHNOLOGIES, INC., by and through its attorney, David C. Van Dyke, and moves this Court for leave to file its memorandum of law in support of its motion to dismiss and supporting exhibits under Seal. In support, this defendant states:

### ARGUMENT

1. On August 17, 2007 the parties entered into a Confidential Settlement Agreement pertaining to the '906 patent. Contemporaneously, the parties entered into a License Agreement.

2. On June 18, 2010, Microsoft filed the following declaratory judgment action based on the Confidential Settlement Agreement and License Agreement along with an emergency motion to file the Complaint and supporting documents under seal.

3. On June 24, 2010, this Court ordered that the Complaint and supporting documents could be filed under seal and shall remain under seal until further court order.

4. This defendant intends on filing a motion to dismiss in lieu of an answer to plaintiff's complaint. Said motion attacks the basis of the Complaint through the above agreements.

5. Therefore, in order to maintain the confidentiality that Microsoft seeks, this defendant requests that this Court allow said motion, its memorandum of law in support of its motion to dismiss and supporting exhibits to be filed under Seal.

## CONCLUSION

WHEREFORE, defendant, EOLAS TECHNOLOGIES, INC., respectfully requests that this Court grant its motion or leave to file its memorandum of law in support of its motion to dismiss and supporting exhibits under Seal.

Dated: August 12, 2010

Respectfully submitted,

/s/ *David C. Van Dyke*
David C. Van Dyke (#6204705)
Trisha K. Tesmer (#6276038)
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1000
Chicago, IL 60606
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
E-Mail: dvandyke@cassiday.com
E-Mail: tkt@cassiday.com

*Pro Hac Vice Applications Pending For:*

Mike McKool, Jr.
Douglas Cawley
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
E-Mail: mmckool@mckoolsmith.com
E-Mail: dcawley@mckoolsmith.com

*- and -*

Kevin L. Burgess
Joshua W. Budwin
John B. Campbell
Matthew W. Rappaport
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
E-Mail: kburgess@mckoolsmith.com
E-Mail: jbudwin@mckoolsmith.com
E-Mail: jcampbell@mckoolsmith.com
E-Mail: mrappaport@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT, EOLAS TECHNOLOGIES, INC.**

7399705 TTESMER;TTESMER