**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | No. 10-cv-3820 |
| Plaintiff, ) | |
| ) | Judge Rebecca R. Pallmeyer |
| EOLAS TECHNOLOGIES, ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF MICROSOFT CORP.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF LIABILITY FOR BREACH OF CONTRACT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Microsoft Corporation hereby moves for partial summary judgment of liability for breach of contract. In support of this motion, Microsoft submits an accompanying memorandum and a Local Rule 56.1 statement of material facts with exhibits.

DATED: March 17, 2011

                                          **MICROSOFT CORPORATION**

                                          By:    _s/ Richard A. Cederoth___
                                                           One of its attorneys

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
Constantine L. Trela Jr.
ctrela@sidley.com
Robert N. Hochman
rhochman@sidley.com
Linda R. Friedlieb
lfriedlieb@sidley.com
Nathaniel C. Love
nlove@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000