**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | No. 10-cv-3820 |
| Plaintiff, ) | |
| ) | Judge Rebecca R. Pallmeyer |
| EOLAS TECHNOLOGIES, ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO STRIKE PRETRIAL ORDER DATE**

Pursuant to Fed. R. Civ. P. 16(b)(4), plaintiff Microsoft Corporation ("Microsoft") and defendant Eolas Technologies, Incorporated ("Eolas") respectfully request that this Court strike the scheduled January 13, 2012 final pretrial order deadline. (*See* Dkt. No. 84.)

On March 17, 2011, Microsoft filed a motion for summary judgment. (Dkt. No. 86.) Following briefing (Dkt. Nos. 94, 108–09, 127, 136, 137), the Court heard oral argument on Microsoft's motion on July 15, 2011. (*See* Dkt. No. 141.) On April 1, 2011, Eolas filed an amended answer asserting affirmative defenses along with a counterclaim (*see* Dkt. No. 98); on April 15, 2011, Microsoft filed a motion to dismiss Eolas's counterclaim and strike Eolas's affirmative defenses (s*ee* Dkt. No. 102). That motion has also been fully briefed. (*See* Dkt. Nos. 103, 122, 128.)

Because both of Microsoft's motions are still pending, it is impractical for the parties to prepare a proposed final pretrial order or engage in the steps required by Northern District of Illinois Standing Order Establishing Pretrial Procedure § 6. Accordingly, good cause exists for a modification of the schedule in this case, and Microsoft and Eolas respectfully request that this Court strike the January 13, 2012 final pretrial order deadline.

| | |
|---|---|
| Dated: December 29, 2011 | Respectfully submitted, |

| | |
|---|---|
| /s/ Richard A. Cederoth | /s/ David C. Van Dyke |
| David T. Pritikin | David C. Van Dyke (#6204705) |
| dpritikin@sidley.com | HOWARD & HOWARD |
| Richard A. Cederoth | 200 N. Michigan Ave. #1100 |
| rcederoth@sidley.com | Chicago, IL 60604 |
| Constantine L. Trela Jr. | P: (312) 456-3641 / F: (312) 939-5617 |
| ctrela@sidley.com | E-Mail: dvd@h2law.com |
| Robert N. Hochman | *- and -* |
| rhochman@sidley.com | Mike McKool, Jr. |
| Linda R. Friedlieb | Douglas Cawley |
| lfriedlieb@sidley.com | MCKOOL SMITH, P.C. |
| Nathaniel C. Love | 300 Crescent Court, Suite 1500 |
| nlove@sidley.com | Dallas, Texas 75201 |
| | P: (214) 978-4000 / F: (214) 978-4044 |
| SIDLEY AUSTIN LLP | E-Mail: mmckool@mckoolsmith.com |
| 1 South Dearborn Street | E-Mail: dcawley@mckoolsmith.com |
| Chicago, Illinois 60603 | *- and -* |
| (312) 853-7000 | Kevin L. Burgess |
| | Joshua W. Budwin |
| **ATTORNEYS FOR PLAINTIFF** | John B. Campbell |
| **MICROSOFT CORPORATION** | Matthew B. Rappaport |
| | MCKOOL SMITH, P.C. |
| | 300 West Sixth Street, Suite 1700 |
| | Austin, Texas 78701 |
| | P: (512) 692-8700 / F: (512) 692-8744 |
| | E-Mail: kburgess@mckoolsmith.com |
| | E-Mail: jbudwin@mckoolsmith.com |
| | E-Mail: jcampbell@mckoolsmith.com |
| | E-Mail: mrappaport@mckoolsmith.com |
| | **ATTORNEYS FOR DEFENDANT** |
| | **EOLAS TECHNOLOGIES INC.** |